**Order issued November 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-13-01571-CR**
**No. 05-13-01572-CR**

---

**RAY ANTHONY MYERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

# O R D E R

Before Justices FitzGerald, Lang, and Brown

Based on the Court's opinion of this date, we **GRANT** the July 10, 2014 motion of Nanette Hendrickson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Ray Anthony Myers, TDCJ No. 1892893, Lindsey State Jail, 1620 FM 3344, Jacksboro, Texas, 76458.

/ Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE